AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JOEL PARRA-GUTIERREZ | CASE NUMBER: 08-CR-1842-LAB |

   I, __JOEL PARRA-GUTIERREZ__, the above named defendant, who is accused of

committing the following offense:

   Importation of Marijuana, in violation of Title 21, United States Code, Sections
   952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on __6-5-08__ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_Joel Parra Gtz._
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer