1  KAREN P. HEWITT
   United States Attorney
2  GEORGE V. MANAHAN
   Assistant U.S. Attorney
3  California State Bar No. 239130
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: 619 557-7174 (Office); 557-5551 (Fax)
   Email: george.manahan@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                   UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   Case No. 08-cr-1842-LAB
                                    )
11              Plaintiff,          )
                                    )   NOTICE OF APPEARANCE
12        v.                        )
                                    )
13 JOEL PARRA-GUTIERREZ,            )
                                    )
14              Defendant.          )
                                    )
15 _____ )

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18        I certify that I am admitted to practice in this court or authorized to practice under CivLR
19 83.3.c.3-4.

20        Effective this date, the following attorneys are no longer associated with this case and should
21 not receive any further Notices of Electronic Filings relating to activity in this case:

22        U S Attorney CR.

23        Please feel free to call me if you have any questions about this notice.

24        DATED: June 27, 2008.

25
                                              KAREN P. HEWITT
26                                            United States Attorney

27
                                              s/ *George V. Manahan*
28                                            George V. Manahan
                                              Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL PARRA-GUTIERREZ,<br><br>Defendant. | Case No. 08-cr-1842-LAB<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, George Manahan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the foregoing NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Keith Howard Rutman
    Law Offices of Keith H Rutman
    402 West Broadway
    Suite 2010
    San Diego, CA 92101-8516
    Email: krutman@krutmanlaw.com
    Attorney for Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2008.

                                                s/*George V. Manahan*
                                                GEORGE V. MANAHAN